**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
acalaway@maclaw.com

**LUCOSKY BROOKMAN LLP**
Samuel Louis Blatnick (*pro hac vice* application forthcoming)
111 Broadway, Suite 807
New York, NY 10006
(732) 712-2708
Sblatnick@lucbro.com
  *Attorneys for Defendant Clean Vision Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD TUCKER, LLC, Florida Limited Liability Company, <br><br>                  Plaintiff/Counterdefendant <br><br> vs. <br><br> CLEAN VISION CORPORATION, f/k/a BYZEN DIGITAL, INC., a Nevada Domestic Corporation, <br><br>                  Defendant/ Counterclaimant | Case Number: 2:23-cv-00296 <br><br> **STIPULATION AND ORDER TO WITHDRAW SAMUEL LOUIS BLATNICK'S VERIFIED PETITION TO PRACTICE IN THIS CASE ONLY [ECF. No. 16]** |

The parties, Plaintiff/Counterdefendant Leonard Tucker, LLC ("Tucker") and Defendant/Counterclaimant Clean Vision Corporation f/k/a Byzen Digital, Inc. ("Clean Vision"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On March 10, 2023, the Court entered its Order staying the case pending arbitration [ECF No. 13].

2. On March 13, 2023, a Verified Petition to Practice Pro Hac Vice was filed by petitioner Samuel Louis Blatnick, Esq. [ECF No. 16].

MAC:17107-002 5045925_2

3. On March 15, 2023, the Court entered its Minute Order Regarding Issues with the Pro Hac Application [ECF No. 17].

4. Given the Order staying this case pending arbitration, the Verified Petition [ECF No. 16] is hereby withdrawn in this matter.

Dated this 4th day of April, 2023.

**MARQUIS AURBACH**

By: */s/ Alexander K. Calaway*
   Brian R. Hardy, Esq.
   Nevada Bar No. 10068
   Alexander K. Calaway, Esq.
   Nevada Bar No. 15188
   1000 Park Run Drive,
   Las Vegas, NV 89145
   *Attorneys for Clean Vision Corporation*

**LUCOSKY BROOKMAN LLP**

By: */s/ Samuel Louis Blatnick*
Samuel Louis Blatnick
(*pro hac vice* application forthcoming)
111 Broadway, Suite 807
New York, NY 10006
   *Attorneys for Clean Vision Corporation*

Dated this 4th day of April, 2023.

**DICKINSON WRIGHT PLLC**

By: */s/ BrooksT. Westergard*
   Brooks T. Westergard, Esq.
   Nevada Bar No. 14300
   100 West Liberty Street, Suite 940
   Reno, Nevada 89501
   *Attorneys for Leonard Tucker, LLC*

## ORDER

Based on the forgoing Stipulation, IT IS HEREBY ORDERED that the foregoing Stipulation to withdraw Verified Petition to Practice Pro Hac Vice was filed by petitioner Samuel Louis Blatnick, Esq. [ECF No. 16] is GRANTED.

IT IS FURTHER ORDERED that the Minute Order Regarding Issues with the Pro Hac Application [ECF No. 17] is MOOT.

Dated this __4__ day of April, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

MAC:17107-002 5045925_2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO WITHDRAW SAMUEL LOUIS BLATNICK'S, VERIFIED PETITION TO PRACTICE IN THIS CASE ONLY [ECF. NO. 16]** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 4th day of April, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cally Hatfield*
an employee of Marquis Aurbach

MAC:17107-002 5045925_2