**DICKINSON WRIGHT PLLC**
Brooks T. Westergard
Nevada Bar No. 14300
100 West Liberty Street, Suite 940
Reno, Nevada 89501
Tel:  (775) 343-7500
Email:  bwestergard@dickinson-wright.com

*Attorneys for Plaintiff/Counter-Defendant*
*Leonard Tucker, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD TUCKER, LLC, a Florida Limited Liability Company, | Case No: 2:23-cv-00296-MGN-VCF |
| Plaintiff/Counter-Defendant, | **STIPULATION AND ORDER TO EXTEND STAY PENDING ARBITRATION** |
| vs. | |
| CLEAN VISION CORPORATION, f/k/a BYZEN Digital, Inc., a Nevada Domestic Corporation, | |
| Defendant/Counter-Claimant | |
| And All Related Claims. | |

Plaintiff/Counter-Defendants Leonard Tucker, LLC ("Tucker") and Defendant/Counter-Plaintiff Clean Vision Corporation, f/k/a Byzen Digital, Inc. ("Clean Vision," together with Tucker the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

1. On January 30, 2023, Tucker filed a Complaint in the Second Judicial District Court of the State of Nevada, generally alleging that Clean Vision breached a certain Consulting Agreement dated December 14, 2020 (the "Agreement"). (ECF No. 1, Ex. A).

2. On February 24, 2023, Clean Vision filed a Notice of Removal in this Court, (ECF No. 1), and filed an Amended Notice of Removal on February 27, 2023. (ECF No. 6). Clean

Vision's removal documents allege, among other things, that "[r]emoval is proper [b]ecasue this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441(b).

3.  On February 27, 2023, Clean Vision also filed its Answer, Jury Demand, Affirmative Defenses, and Counterclaims against Leonard Tucker LLC and Leonard Tucker, individually. (ECF No. 7). Clean Vision's Answer generally alleges, among other things, that the Agreement is invalid and, alternatively, if the Agreement is valid, Tucker breached the Agreement. (*Id.*)

4.  On March 10, 2023, the Parties submitted a Stipulation and Order to Stay Case Pending Arbitration, wherein the Parties requested "an Order from this Court staying this action pending the outcome of the alternate dispute resolution proceedings . . . pursuant to the Agreement" underlying the Parties' dispute. (ECF No. 12 ¶ 10). The Stipulation and Order was granted, and this Court ordered that this Action would be stayed for a period of 180 days. (*See* ECF No. 14).

5.  This Court also entered a Minute Order on March 10, 2023, ordering that the parties shall submit a Joint Status Report every ninety (90) days, beginning on June 8, 2023.

6.  The Parties submitted a Joint Status Report on June 6, 2023, wherein the Parties informed the Court that arbitration proceedings are scheduled to begin on October 30, 2023, in Las Vegas, Nevada. (ECF No. 20 at 2).

7.  The Parties thus request an Order from this Court extending the stay in this action for an additional 180-days pending the outcome of the arbitration.

/ / /

/ / /

/ / /

8. The instant request is made in good faith and not for purposes of delay.

DATED this 6th day of September 2023.

**MARQUIS AURBACH**

*/s/ Alexander K. Calaway*
Brian R. Hardy, Esq.
Alexander K. Calaway, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
Email:  bhardy@maclaw.com
Email:  acalaway@maclaw.com

**DICKINSON WRIGHT PLLC**

*/s/ Brooks T. Westergard*
Brooks T. Westergard, Esq.
100 West Liberty Street, Suite 940
Reno, Nevada 89501
Email:  bwestergard@dickinson-wright.com

\*\*\*

## ORDER

Based on the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the foregoing Stipulation is GRANTED. This action will be stayed for an additional one-hundred eighty (180) days pending the outcome of the arbitration proceedings referred to in the Parties' Stipulation.

IT IS SO ORDERED.

DATED: Sept. 6, 2023

_____
Hon. Gloria M. Navarro United States District Court
Judge

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND STAY PENDING ARBITRATION** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 6th day of September, 2023.   I further certify all parties of interest have been served electronically through the Court's CM/ECF system as follows:

MARQUIS AURBACH
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
acalaway@maclaw.com

*Attorneys for Defendant Clean Vision Corporation*

*/s/ Angela M. Shoults*
An Employee of DICKINSON WRIGHT PLLC

