**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Leonard Tucker, LLC,<br><br>                    Plaintiff(s),<br><br>v.<br><br>Clean Vision Corporation, f/k/a Byzen Digital, Inc.,<br><br>                    Defendant(s). | 2:23-cv-00296-GMN-VCF<br><br>**ORDER DEFFERING RULING ON MOTION TO WITHDRAW ECF NO. 24** |

Brooks T. Westergard and the law firm of Dickinson Wright PLLC move to withdraw from representing the plaintiff in this case.  (ECF No. 24).  Leonard Tucker, on behalf of Leonard Tucker, LLC has filed an opposition.[1]    (ECF No. 25).  Clear Vision Corporation does not oppose Mr. Wetergard's withdrawal from the case but does oppose his request that the arbitration of this case scheduled to begin on January 22, 2024, be delayed.  (ECF No. 26).  The request to delay the arbitration was improperly included in the motion to withdraw in violation of LR IC 2-2.  Mr. Westergard filed a reply.  (ECF No. 27).

Good cause appearing,

The court DEFERRS RULING on Mr. Westergard's Motion to Withdraw (ECF No. 24).

---

[1] The court, in its discretion, will consider this filing.  However, Mr. Tucker is admonished that he may not act as an attorney for Leonard Tucker, LLC, in this case.  Filings by Leonard Tucker, LLC, not signed by an attorney admitted to practice in this court may be stricken.

1

IT IS FURTHER ORDERED THAT (1) the arbitration must proceed as scheduled and (2) on or before February 2, 2024, the parties must file a joint status report regarding the outcome of the arbitration.

IT IS FURTHER ORDERED that the Clerk of Court email and mails a copy of this order to

Leonard Tucker, LLC
20423 State Road 7
F6-123
Boca Raton, FL  33498
lenny@leonardtucker.com

DATED this 3rd day of January 2024.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE