**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
acalaway@maclaw.com
   Attorneys for Defendant/Counterclaimant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD TUCKER, LLC, a Florida Limited Liability Company,<br><br>        Plaintiff/Counterdefendant<br><br>vs.<br><br>CLEAN VISION CORPORATION, f/k/a BYZEN Digital, Inc., a Nevada Domestic Corporation,<br><br>        Defendant/Counterclaimant | Case Number:<br>2:23-cv-00296-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND STAY PENDING ARBITRATION (FOURTH REQUEST)** |

Plaintiff/Counterdefendant Leonard Tucker, LLC ("Tucker"), by and through their counsel of record, Brooks T. Westergard, Esq., of the law firm of Dickinson Wright PLLC, and Defendant Clean Vision Corporation f/k/a Byzen Digital, Inc. ("Clean Vision" together with Tucker the "Parties"), by and through their counsel of record, Brian R. Hardy, Esq., and Alexander K. Calaway, Esq. of the law firm of Marquis Aurbach, hereby stipulate as follows:

1. On January 30, 2023, Tucker filed a Complaint in the Second Judicial District Court of the State of Nevada, generally alleging that Clean Vision breached a certain Consulting Agreement dated December 14, 2020 (the "Agreement"). ECF No. 1, Ex. A.

2. On February 24, 2023, Clean Vision filed a Notice of Removal in this Court, (ECF No. 1), and filed an Amended Notice of Removal on February 27, 2023. ECF No. 6.

MAC:17107-002 5484598_1

Clean Vision's removal documents allege, among other things, that "[r]emoval is proper [b]ecasue this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441(b).

3.   On February 27, 2023, Clean Vision also filed its Answer, Jury Demand, Affirmative Defenses, and Counterclaims against Leonard Tucker LLC and Leonard Tucker, individually. ECF No. 7. Clean Vision's Answer generally alleges, among other things, that the Agreement is invalid and, alternatively, if the Agreement is valid, Tucker breached the Agreement. *Id.*

4.   On March 10, 2023, the Parties submitted a Stipulation and Order to Stay Case Pending Arbitration, wherein the Parties requested "an Order from this Court staying this action pending the outcome of the alternate dispute resolution proceedings . . . pursuant to the Agreement" underlying the Parties' dispute. (ECF No. 12 ¶ 10). The Stipulation and Order was granted, and this Court ordered that this Action would be stayed for a period of 180 days. *See* ECF No. 14.

5.   This Court also entered a Minute Order on March 10, 2023, ordering that the parties shall submit a Joint Status Report every ninety (90) days, beginning on June 8, 2023.

6.   The Parties submitted a Joint Status Report on June 6, 2023, wherein the Parties informed the Court that arbitration proceedings were scheduled to begin on October 30, 2023, in Las Vegas, Nevada. ECF No. 20 at 2.

7.   The Parties attended Arbitration on January 22-23, 2024, in Las Vegas, Nevada, and received a decision from the Arbitrator on January 25, 2024, which ordered post-arbitration briefing from the Parties.

8.   On March 4, 2024, the Parties submitted a Stipulation to Extend Stay Pending Arbitration (Second Request) (ECF No. 42), which was granted by this Court the same day (ECF No. 43).

9.   On March 22, 2024, the Parties completed their post-arbitration briefing, and on March 15, 2024, the Parties attended a final Arbitration hearing regarding the post-arbitration briefing.

MAC:17107-002 5484598_1

10. On April 22, 2024, the Parties submitted a Stipulation to Extend Stay Pending Arbitration (Third Request) (ECF No. 45), which was granted by this Court the same day (ECF No. 46)

11. The Parties thus request an Order from this Court extending the stay in this action for an additional thirty (30) days pending the outcome of the arbitration.

12. This request is made in good faith and not for purposes of delay.

| Dated this 22nd day of May, 2024 | Dated this 22nd day of May, 2024 |
|---|---|
| **MARQUIS AURBACH** | **DICKINSON WRIGHT PLLC** |
| By: /s/ Alexander K. Calaway<br>Brian R. Hardy, Esq.<br>Nevada Bar No. 10068<br>Alexander K. Calaway, Esq.<br>Nevada Bar No. 15188<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney(s) for<br>Defendant/Counterclaimant | By: /s/ Brooks T. Westergard<br>Brooks T. Westergard, Esq.<br>Nevada Bar No. 14300<br>100 West Liberty Street, Suite 940<br>Reno, Nevada 89501<br>Attorney for Plaintff/Counterdefendant |

### ORDER

Based on the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the foregoing Stipulation is GRANTED. This action will be stayed for an additional thirty (30) days pending the outcome of the arbitration proceedings referred to in the Parties' Stipulation.

IT IS SO ORDERED.

DATED: May 22, 2024

_____
Hon. Gloria M. Navarro
United States District Court Judge

MAC:17107-002 5484598_1