UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD TUCKER, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLEAR VISION CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:23-cv-00296-GMN-MDC <br><br> **ORDER** |

Pending before the Court is Defendant's Response (ECF No. 56) to Magistrate Judge Couvillier's Order to Show Cause to account for missed deadlines (ECF No. 57).  Parties completed arbitration on June 3, 2024, including post arbitration briefing, resulting in arbitration award for Defendant.  On July 17, 2024, Magistrate Judge Couvillier granted Plaintiff's counsel's Motion to Withdraw and cautioned Mr. Tucker that that he needed to retain counsel because Plaintiff is an entity ("Leonard Tucker, LLC") and must be represented by counsel. (July 17, 2024, Order, ECF No. 53).  Magistrate Judge Couvillier then ordered Parties to submit a Status Report by August 16, 2024, apprising the Court of whether Plaintiff obtained new counsel and the Parties' intentions to file any motion to confirm or vacate the arbitration award. (*Id.*).  Magistrate Judge Couvillier also confirmed that pursuant to 9 U.S.C. § 12 the deadline for Plaintiff to file a motion to vacate or amend the arbitration award was September 2, 2024. (*Id.*).  The Parties did not comply with the July 17, 2024, Order.  They did not file a Status Report and Plaintiff did not file a Notice of Appearance of new counsel.  Moreover, Plaintiff did not file a motion to vacate or amend the arbitration award.

On September 25, 2024, Magistrate Judge Couvillier issued an Order to Show Cause regarding the missed Status Report deadline and Plaintiff's lack of counsel.  Defendant

responded (ECF No. 56), but Plaintiff did not.  In Defendant's Response, it states that it "intends to file its motion to confirm arbitration award no later than June 3, 2025." (Resp. 3:1–3).  Pursuant to 9 U.S.C. § 9, "at any time within one year after the [arbitration] award is made any party to the arbitration may apply to the court so specified for an order confirming the award."

  **IT IS HEREBY ORDERED** that Parties shall file a Motion to Confirm Arbitration Award or a Joint Status Report by June 3, 2025.

  **DATED** this __7__ day of October, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT