AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Leonard Tucker, LLC,

          Plaintiff,

v.

Clean Vision Corporation,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00296-GMN-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendant/Counter-Claimant, Clean Vision Corporation, and against Plaintiff/Counter-Defendant, Leonard Tucker, LLC, pursuant to the terms of the Final Award as follows:
1. That Clean Vision and its agents cancel all shares of Series B Stock issued under the Agreement;
2. That Leonard Tucker and Leonard Tucker LLC may retain any cash compensation received by Clean Vision Corporation under the Agreement;
3. That Leonard Tucker and Leonard Tucker LLC are hereby ordered to pay Clean Vision the sum of NINETEEN THOUSAND SIX HUNDRED TWENTY-FIVE DOLLARS AND ZERO CENTS ($19,625.00) pursuant to the Interim Award; and
4. That Clean Vision is hereby ordered to pay Leonard Tucker and Leonard Tucker LLC the sum of FORTY THOUSAND DOLLARS AND ZERO CENTS ($40,000) pursuant to this Award.

07/28/2025
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk